**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-08227/1061205090133

**THIS ORDER IS APPROVED.**

Dated: August 28, 2009



_____
**JAMES M. MARLAR
U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Peter Allen Rice and Maria Lucinda Rice<br>     Debtors.<br>_____<br>America's Servicing Company<br>     Movant,<br>          vs.<br><br>Peter Allen Rice and Maria Lucinda Rice, Debtors;<br>Dianne C. Kerns, Trustee.<br><br>          Respondents. | No. 4:07-bk-00802-JMM<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #68) |

     This matter having come before the Court for a Preliminary Hearing on August 19, 2009 , Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtors appearing by and through their counsel, Raymond R. Hayes, and good cause appearing,

     **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated October 27, 2004, and recorded on October 29,

1 | 2004 in Docket 12418, Page 6784, in the office of the Pima County Recorder at wherein America's
2 | Servicing Company is the current beneficiary and Peter Allen Rice and Maria Lucinda Rice have an
3 | interest in, further described as:

      Lot 110, of CAMINO VERDE ESTATES II, a subdivision of Pima County, Arizona, according to the map or plat of record in the office of the Pima County Recorder in Book 56 of Maps, page 25. EXCEPT all coal and other minerals as reserved in the Patent from the United States of America.

      IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

      DATED this ____ day of _____, 2009.

                                    _____
                                    JUDGE OF THE U.S. BANKRUPTCY COURT